SIMON ET AL., APPELLEES, *v.* COMMONWEALTH LAND TITLE INSURANCE COMPANY, APPELLANT.

[Cite as *Simon v. Commonwealth Land Title Ins. Co.,* 108 Ohio St.3d 318, 2006-Ohio-1061.]

(No. 2005–0806—Submitted February 8, 2006—Decided March 22, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Henderson v. Lawyers Title Ins. Corp.,* 108 Ohio St.3d 265, 2006-Ohio-906, 843 N.E.2d 152.

MOYER, C.J., RESNICK, PFEIFER and O'CONNOR, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

O'DONNELL, J., not participating.

**LANZINGER, J., dissenting.**

{¶ 2} For the reasons set forth in my dissenting opinion in *Henderson v. Lawyers Title Ins. Corp.,* 108 Ohio St.3d 26, 2006-Ohio-906, 843 N.E.2d. 152, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing opinion.

Ulmer & Berne, L.L.P., Marvin L. Karp, and David D. Yeagley; and Sonkin & Koberna Co., L.P.A., Mark R. Koberna, Rick D. Sonkin, and Stephen B. Doucette, for appellees.

Collins & Scanlon, L.L.P., Thomas J. Scanlon, Tim L. Collins, and M. Scott Wilson, for appellant.